# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

BARRY BYEARS,

  Plaintiff,                                           CASE NO.:  2:19-cv-02110-MSN-tmp

v.

ALLY FINANCIAL, INC.,

  Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, BARRY BYEARS, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of May, 2019, a true and correct copy of the foregoing has been furnished to the following: all counsel of record.

                                         */s/ Frank H. Kerney, III*
                                         Frank H. Kerney, III, Esquire
                                         BPR #: 035859
                                         Morgan & Morgan, Tampa, P.A.
                                         One Tampa City Center
                                         201 North Franklin Street, 7th Floor
                                         Tampa, Florida 33602
                                         Telephone: (813) 223-5505
                                         Facsimile:  (813) 223-5402
                                         Noticed Email: FKerney@ForThePeople.com
                                         Primary Email: TGomez@ForThePeople.com
                                         Secondary Email: LDobbins@ForThePeople.com
                                         *Attorney for Plaintiff*