IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BARRY BYEARS,

  Plaintiff,                                           CASE NO.: 2:19-cv-02110-MSN-tmp

v.

ALLY FINANCIAL, INC.,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Barry Byears, and the Defendant, Ally Financial, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 28th day of June, 2019.

| | |
|---|---|
| **/s/ Frank H. Kerney, III** | **/s/ Ethan G. Ostroff** |
| Frank H. Kerney, III, Esquire | Ethan G. Ostroff, Esquire |
| BPR #: 035859 | (Admitted to W.D. Tenn. – VSB No. 71610) |
| Morgan & Morgan, Tampa, P.A. | TROUTMAN SANDERS LLP |
| One Tampa City Center | 222 Central Park Ave., Suite 2000 |
| 201 North Franklin Street, 7th Floor | Virginia Beach, VA 23462 |
| Tampa, Florida 33602 | Telephone: (757) 687-7541 |
| Telephone: (813) 223-5505 | Email: Ethan.Ostroff@troutman.com |
| Facsimile: (813) 223-5402 | |
| Noticed Email: FKerney@ForThePeople.com | |
| Primary Email: TGomez@ForThePeople.com | |
| Secondary Email: LDobbins@ForThePeople.com | |
| *Attorney for Plaintiff* | |