IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

BARRY BYEARS,

    Plaintiff,

v.                                                                                  Case No. 2:19-cv-2110-MSN-tmp

ALLY FINANCIAL, INC.,

    Defendant.

_____

**JUDGMENT**
_____

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed February 14, 2019,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice filed June 28, 2019 (ECF No. 20), all claims in this action are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees, costs, and expenses.

**APPROVED:**

s/ Mark S. Norris
_____
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

July 1, 2019
_____
Date